COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF N. J. N. Y. a/k/a N. J. N. AND L. C., CHILDREN. | § | No. 08-08-00220-CV |
| | § | Appeal from the |
| | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2006CM5065) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal for the reason that abandoning the appeal is in the best interest of the minor children and achieves permanency in a shorter amount of time. TEX.R.APP.P. 42.1(a)(1). Appellee agrees that dismissing this appeal is in the best interest of the minor children and in the interest of justice. We therefore grant the motion and dismiss the appeal. Also pending before this Court is Appellant's motion for additional time to file the appellate brief. Because we are dismissing this appeal on the Appellant's motion, we find that the motion for additional time is moot.

GUADALUPE RIVERA, Justice

January 15, 2009

Before Chew, C.J., McClure, and Rivera, JJ.